IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-cr-30026-DWD |
| | ) |
| LAQUAN HINES, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM & ORDER

**DUGAN, District Judge**:

Before the Court is Defendant's Motion for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582 and Amendment 821 (Doc. 101). Consistent with Administrative Order 362, the Court directed the Federal Public Defender ("FPD") to enter an appearance to determine whether Defendant is eligible for relief. (Doc. 102). Federal Public Defender Kim Freter entered her appearance for Defendant before filing a Motion to Withdraw, asserting there is no meritorious basis for Defendant to obtain relief under Amendment 821. (Docs. 103 & 105). In short, FPD Freter notes that since Defendant was not assessed any status points and was not a zero-point offender (Defendant was in Criminal History Category 1 with 1 criminal history point), he is not eligible for a sentence reduction pursuant to U.S.S.G. Amendment 821. (Doc. 105). Notably, the Motion to Withdraw indicates the United States Probation Office concurs in this assessment. (Doc. 105). Defendant has not filed a Response to the Motion to Withdraw, despite FPD Freter's mailing of that Motion to Defendant and the Court's Orders. (Docs. 105, 106, & 107).

For the reasons outlined in the Motion to Withdraw, as confirmed by the United States Probation Office, the Court agrees that Defendant is not entitled to relief under Part A or Part B of Amendment 821. Accordingly, the Motion for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582 is **DENIED**. The Motion to Withdraw is **GRANTED**. The Judgment of November 21, 2022 (Doc. 98), remains in full force and effect.

**SO ORDERED**.

Dated: March 8, 2024

s/ *David W. Dugan*
DAVID W. DUGAN
United States District Judge